UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

GEHANT

VERSUS

AIR & LIQUID SYSTEMS
CORPORATION, ET AL.

CIVIL ACTION

19-732-SDD-EWD

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes dated August 31, 2021.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the Motion is GRANTED, and this matter is to be remanded to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

*Judgment* shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on September 22, 2021.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 74.
[2] Rec. Doc. 81.

19th JDC